Defendant took the stand in his own defense. He admitted his presence at the Missouri River Bridge with the woman and that they had intercourse, but claimed he did so with her consent.

Unlike the present case, the evidence in *Bullock* made clear that the rape for which defendant was on trial was in no way similar to the separate attack divulged to the jury. In light of the substantial similarities in the two attacks in the present case, *Bullock* is of no help to defendant.

 Considering all the circumstances of the present case, we find the testimony of the prior victim concerning the details of the November rape was properly admitted to establish defendant's identity as the perpetrator of the February attack. Moreover, any prejudice resulting from this evidence was blunted by the officers' testimony concerning defendant's spontaneous admission following his arrest for the November offense, which was properly before the jury.

Judgment affirmed.

KAROHL, P.J., and CRANDALL, J., concur.

Henry Robertson, St. Louis, for defendant-appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

This is a direct appeal from a jury conviction on one count of burglary in the first degree, § 569.160 RSMo. 1978, two counts of robbery in the first degree, § 569.020 RSMo. 1978, two counts of forcible sodomy, § 566.060 RSMo. 1978, and one count of assault in the second degree, § 565.060 RSMo. 1978. Appellant was sentenced as a persistent offender to a total of fifty (50) years imprisonment. § 558.016 RSMo. 1978.

No jurisprudential purpose would be served by a written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.

---

STATE of Missouri,
Plaintiff-Respondent,

v.

Thurman LOWE, Defendant-Appellant.

No. 46881.

Missouri Court of Appeals,
Eastern District,
Division One.

March 13, 1984.

Motion for Rehearing or Transfer Denied
April 20, 1984.

Application to Transfer Denied
May 15, 1984.

---

STATE of Missouri,
Plaintiff-Respondent,

v.

Leonard Marvin LAWS,
Defendant-Appellant.

No. 46900.

Missouri Court of Appeals,
Eastern District,
Division One.

March 20, 1984.